UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED JUL 28 2020 PRO SE OFFICE

YVONNE FROST
_____
Write the full name of each plaintiff.

____CV_____
(include case number if one has been assigned)

NYPD -against- NYC MTA
US Government
Court of Appeals
City of New York (HRA)
Royal Waste Service
Battery Park
_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

COMPLAINT

Do you want a jury trial?
☐ Yes   ☐ No

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

**A. If you checked Federal Question**

Which of your federal constitutional or federal statutory rights have been violated?

(1) Abuse of Power
(3) Discrimination
(4) Bias and Targeting
(5) Retaliation

**B. If you checked Diversity of Citizenship**

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____I_____, is a citizen of the State of
            (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

YVONNE | | FROST
First Name | Middle Initial | Last Name

40 ANN STREET
Street Address

NEW YORK | NY | 10038
County, City | State | Zip Code

NONE | yvonne.frost1@aol.com
Telephone Number | Email Address (if available)

B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:     NYC      MTA
                First Name              Last Name

                Current Job Title (or other identifying information)

                Current Work Address (or other address where defendant may be served)
                Brooklyn              NY              100
                County, City          State           Zip Code

Defendant 2:     NYPD
                First Name              Last Name

                Current Job Title (or other identifying information)

                Current Work Address (or other address where defendant may be served)
                New York              NY              10007
                County, City          State           Zip Code

Defendant 3:     US      Government
                First Name              Last Name

                Current Job Title (or other identifying information)

                Current Work Address (or other address where defendant may be served)
                                      NY
                County, City          State           Zip Code

Defendants 5: City of New York (HRA)
Defendant 6: Royal Waste Services
Defendant 7: Battery Park

Defendant 4: **COURT OF APPEALS**
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: NYC, Bronx, Brooklyn

Date(s) of occurrence: ~~From~~ 07/18/20 — ~~Present~~ 07/21/20

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I heard one of the defendants said "now I have to fight to fix that problem". Well! instead of trying to correct the problem the defendant's way was to punish me further by doing other hurtful and harmful acts. The defendants do not want to pay any compensation to me.

The defendants have joined forces as with this case and are taking back their monies from me in advance. One said to the other "You do not see how fat she is — its because she has never eaten — Look at the new product." — what you waiting for.

"Put the full weight on then — She cannot get up and go — put a pinch or slice on her foot."

Page 5

"Mr. T. A wiser than she" - "Control the program."
"Boy did I dirty."
I am getting hit all around and everywhere. Well when you are a sitting duck those things happen. Last night I heard one defendant said to the other "we just arrive."
Jesus said "What's wrong with these people." As usual the man in the sky alerted others to my location and they soon showed up to inflict financial blows.

INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Decrease in vision, memory, hearing. Decline health and hygiene. Blurry eyes, temple pain, neck pain, chest pain. Blocked paths to housing + food. Oppression. Stalked, monitored. Traumatized. Overwhelm. Exposure to the elements. Swollen ankles. Rewear dirty clothes. Harassed. Ear-lobe throbbing. Uncomfortability.

IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like to ask the court to bring in investigators to investigate this case.
I would like to ask the court to order the defendants restore all what was swindled and to compensate me for creating hardships, stressors,

FACT (2)

Most acts through out the late night and early morning was being done from 273 (38 West) Manhattan Hotel sidewalk location. Other acts of theft were done by sent "passersby". There was also the merchandising freight trucks and Waste Removal trucks. I noticed three cars doing acts of theft as they drove past also.

That "silver bullet" has been used on me twice yesterday and early this morning by the newspaper delivery man. When the shoot me I quickly knock out and then they make their move. Yesterday the "silver bullet act" was done at West street and Battery Place by two women at 10:35 am.

The man in the sky need psychiatric help - I believe so. It is summer time. The temperature is hot. I cannot be sleeping shielding my head with a cardboard box in this heat. That is not normal and inhumane. I am forced to hide my head in a box because of the evil acts of the defendants.

Everyday cannot be the same. Nothing good going for me - only torturers, mockers and harrasers. It appears the defendants don't understand the mental and physical impact the game-players do to me when they keep coming at me. Too many pschoes play that game. I did not sign up as a player.

The defendants have used me as their main product for playing that game without my knowledge. My money/me is the target to bring in money for the defendants. The game is still being played. Players think and or know they can just pass by zap me and go. Most players do it as if they are entitled.

FACT (3)

At 5:18 man came into #7097 to "curse" me 7/21/20. He was sent.

My money is my money. It does not matter if I eat or not. Your eyes are big and gogly. That is not your concern. The defendants have too many moral problems. They said I lost a pair of shoes. I don't know how. A chinese young man passed quickly by the nook last night 10:55pm and did his things on his cellphone. 263 West 38 Street.

Yesterday Battery Park had a fun day. It appeared to me the guy who was told to close the rest-room at 3:15pm on Saturday was at it again yesterday. After they monitored me – he encountered or trapped me at a "point" and zapped me on his employer's moped.

At 7:30pm a female employee stole from me as she ambulated her way where I sat to steal. She was taking pictures of the shrubs (excuse). I heard her said "I can make money with this!" She was at Battery Place and West Street. I heard her said "What's the matter – I am so like the devil!"

On Friday night at 35 Columbus after I was stalked I was awakened at 4:45am (Saturday) to vacate the nook. I had chose a spot under a small store. The sign on the glass window said "Store for Rent". It was used as a storage. The man was told to pull out a water-hose. The kitchen was when I saw the hose, it was for me to urinate! The man said to me "Get up - leave".

Foolishness and more foolishness. I have a toilet and cannot use my own toilet. Someone is alway trying or sent to thief to from. The guy wearing the red and black coverall at 9:05am yesterday stole from me at the

FACT (4) 2 NYPD officers (8:30am) strategically crossed my path after I wrote my order. They were going where I just had left. It's unbearable.

entrance door of the South Street rest-room. A man slowly jogging pass spoke from me too after he said "Morning Dear".

I stood at Central Park West and 67 Street about 6:50am.

It was a female NYPD officer at Time Square rest-room area (5:10am). It is constantly NYPD passing me close by (most case) after to ease zap me. Saturday they were close enough to zap me. Car #4456 at CPW and 70 Street (5:20am).

I had just sat down to read at a small leisure spot in Times Square and shortly had a device used on me. A chinese man was going into his business place "Cook" on Broadway and did me dirty before entering at about (6:00am). I believe he was sent along with a woman - five minutes before him.

Standing here and writing is very uncomfortable. I have my own house - I need to get into it. My back hurts bending over writing. Helicopters everywhere I end up. Need I say more. I always have to get up and leave if I see they circle my head. Saturday and Sunday they were very much present.

I almost lost my mind with the game-players coming after me. Please abort that "apt". Stop that game - it is illegal. They game players and playing is very much alive - please abort that "apt" finder. M.T.A please abort the people finder or stop that game. I did not sign up for it. Pay up your compensation. I've had it up to my throat with the people zapping. I am holding the defendants accountable for time wasting.

RELIEF (2)

set-backs, pain and suffering.
Prosecute all perpetrators.
    I need to get into my house. Most times I stand on the platform and eat. This can be done in my house. Please hand over my house keys to my Bishop along with compensation.
    Please have my other house available.
    I need lunch money daily. I did not get any money yesterday for lunch. Please re-arrange this - so I can stay alive.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

07/21/20
Dated

Yvonne Frost
Plaintiff's Signature

Yvonne
First Name

Middle Initial

Frost
Last Name

40 Ann Street
Street Address

New York
County, City

NY
State

10038
Zip Code

NONE
Telephone Number

Yvonne-Frost1@aol-com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Note: This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

Name (Last, First, MI): FROST YVONNE

Address: 40 ANN STREET   City: NY   State: NY   Zip Code: 10038

Telephone Number: NONE

E-mail Address: Yvonne.Frost1@aol.com

Date: 07/21/20

Signature: Yvonne Frost

Return completed form to:
Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

Motion For Leave To File

Nothing really new just a constant replay of wrongful acts. It is overbearing. The court is the proper venue because I have filed other orders here before. The lawyers are familiar with the cases.

Yvonne Frost
07/21/20

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Yvonne Frost
(List the full name(s) of the plaintiff(s)/petitioner(s).)

20 CV 4016 (CM)( )
Restriction of Filing

-against-

NYPD     NYC MTA
US Government
Court of Appeals
City of New York (HRA)
Royal Waste Services
Battery Park

(List the full name(s) of the defendant(s)/respondent(s).)

I Yvonne Frost under Penalty of Perjury state the claims I made here is in good faith. It is not Frivolous or was brought to harrass anyone.

It was not brought to cause unnecessary delay.

The filing complies with Federal Rules of Civil Procedure, the Court Local Rule and this Order.

07/21/20
Dated:

Yvonne Frost
Signature

FROST  YVONNE
Name (Last, First, MI)

40 Ann    STREET    NY    NY    10038
Address        City       State       Zip Code

NONE
Telephone Number

Yvonne.Frost1@aol.com
E-mail Address (if available)



United States SD Court
Court Of Appeals
40 Centre Street
New York NY 10007

Yvonne Frost
49 Ann Street
New York NY 10038



United States 5D Court
Court of Appeals
40 Centre Street
New York NY 10007

RECEIVED
2020 JUL 20 AM 9:13
U.S. COURT OF APPEALS
SECOND CIRCUIT
NIGHT DEPOSITORY

RECEIVED
2020 JUL 28 PM 12:41
CLERK'S OFFICE
S.D.N.Y.